IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| STANLEY JAWAN HINTON,   )<br>    )<br>   Petitioner,   )<br>    )<br>   v.   )<br>    )<br>UNITED STATES OF AMERICA,   )<br>    )<br>   Respondent.   )  | CIVIL ACTION NO.<br>3:19cv286-MHT<br>(WO) |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Petitioner's objections (Doc. 14) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 11) is adopted except for the portion mentioned in the opinion entered today.

(3) The 28 U.S.C. § 2255 petition (Doc. 1) is denied.

It is further ORDERED that costs are taxed against petitioner, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 29th day of July, 2022.

                                   /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE